DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIO CISNEROS-MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-0194-EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| JULIO CISNEROS-MORENO, | Date: August 27, 2010 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant JULIO CISNEROS-MORENO, that the status conference of July 30, 2010 be vacated, and the matter be set for status conference on August 27, 2010 at 10:00 a.m.

The reason for the continuance is because a plea agreement was recently made available to the defendant and the defendant needs additional time to review the offer. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including August 27, 2010, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.
6 Dated: July 29, 2010

                                                Respectfully submitted,

                                                DANIEL BRODERICK
                                                Federal Defender

                                                */s/ Douglas Beevers*
                                                _____
                                                DOUGLAS BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JULIO CISNEROS-MORENO

14 Dated: July 29, 2010

                                                BENJAMIN B. WAGNER
                                                Acting United States Attorney

                                                */s/ Michael Anderson*
                                                _____
                                  By:  MICHAEL ANDERSON
                                                Assistant U.S. Attorney

**ORDER**

22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for July 30, 2010, be
24 continued to August 27, 2010 at 10:00 a.m.  Based on the representation
25 of defense counsel and good cause appearing therefrom, the Court hereby
26 finds that the failure to grant a continuance in this case would deny
27 defendant reasonable time necessary for effective preparation, taking
28 into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It
3  is ordered that time from the date of this Order, to and including, the
4  August 27, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local
7  Code T-4, to allow defense counsel time to prepare.
8  Dated:  July 29, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge